ORIGINAL

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| MICROSOFT CORPORATION, Plaintiff, | ) | Civil Case No. 00-1245 MJD/JGL |
| vs. | ) | **ORDER REQUIRING DEFENDANTS TO PRESERVE DOCUMENTS AND INFORMATION** |
| VIDEO UPDATE, INC., DAN HOWARD, and SUFIAN ABU, Defendants. | ) | |

This matter came before the Court on the ex parte motion of Plaintiff Microsoft Corporation ("Microsoft") for an order requiring defendants Video Update, Inc. ("Video Update"), Dan Howard, and Sufian Abu to preserve evidence related to this action. Based on a review of the file, record, and proceedings herein, the Court has determined that Microsoft's Motion should be **GRANTED**.

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

During the pendency of this litigation, Defendant Video Update, as well as any officers, agents, servants, employees, attorneys, and/or any persons in active concert or participation with them, shall not:

1. alter, erase, conceal, transfer, delete, destroy, permit the destruction of, and/or in any other fashion change any documents, software programs, electronic files, computer disks, CDs, diskettes, or hard-drives, or any other tangible or

FILED MAY 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

intangible materials generated by any person or entity which relate in any manner to Microsoft Software; or

2. alter, erase, conceal, transfer, delete, destroy, permit the destruction of, and/or in any other fashion change any documents, software programs, electronic files, computer disks, CDs, diskettes, or hard-drives, or any other tangible or intangible materials generated by any person or entity which relate in any manner to this action, including without limitation any materials relating to the copying, reproduction, network usage, manufacture, duplication, dissemination, licensing, or distribution by Video Update of copies of software.

The materials identified in this Order include information stored in any form on computer or on any other electronic, magnetic, or optical data storage medium.

Dated: May 24, 2000

Magistrate Judge of United States District Court