**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| | Civil Case No. 00-1245 MJD/JGL |
| MICROSOFT CORPORATION,<br><br>Plaintiff, | |
| vs. | **ORDER ALLOWING EXPEDITED DISCOVERY** |
| VIDEO UPDATE, INC., DAN HOWARD, and SUFIAN ABU,<br><br>Defendants. | |

This matter came before the Court on the motion of Plaintiff Microsoft Corporation ("Microsoft") for Expedited Discovery pursuant to Federal Rules of Civil Procedure 30(a) and 34(b). Microsoft has requested an order permitting expedited discovery to facilitate a hearing on Microsoft's Motion for Preliminary Injunction to enjoin continuing infringement of its federal copyrights by Defendants as alleged in the Complaint.

Based on a review of the file, record, and proceedings herein, and Federal Rules of Civil Procedure 30(a) and 34(b), the Court has determined that Microsoft's Motion for Expedited Discovery should be granted and a hearing on Microsoft's Motion for a Preliminary Injunction should be set. The Court has also determined that under these circumstances the requirements of Federal Rules of Civil Procedure 26(f) should be suspended until further order of the Court.

FILED 6/9/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

**ACCORDINGLY, IT IS HEREBY ORDERED that:**

1. The parties are allowed to immediately serve written discovery requests upon each other, and responses shall be produced within 20 days of service thereof, and upon the entry of an appropriate protective order;

2. On behalf of Microsoft, an independent third-party shall be allowed to enter defendant Video Update's corporate and retail business facilities in St. Paul, Minnesota, to inspect Defendant Video Update's computers to determine Video Update's usage of Microsoft software. The parties are to agree on an independent third-party no later than June 16, 2000. If the parties cannot reach agreement, the third-party will be chosen by the Court from choices submitted by the parties;

3. The parties are allowed to conduct depositions commencing immediately. The Court takes notice of Defendants' concern that Microsoft might notice depositions of the same Defendants on different occasions since depositions may commence before written discovery is concluded; and

4. A hearing date on Microsoft's Motion for a Preliminary Injunction shall be set upon further motion made to the Court.

Dated: June 9, 2000

[signature]
Magistrate Judge of United States District Court