ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MICROSOFT CORPORATION, Plaintiff, vs. VIDEO UPDATE, INC. and SUFIAN ABU, Defendants. | Case No. 00-1245 (MGD/JGL) **STIPULATION AND ORDER** |

## STIPULATION

**WHEREAS**, on May 24, 2000, the Court entered an Order Requiring Defendants to Preserve Documents and Information ("Order"), a copy of which is attached hereto as Exhibit A.

**WHEREAS**, Defendant Video Update, Inc. ("Video Update") objects to the Order on the grounds that, among other things, the Order is overbroad and violates 28 U.S.C. § 636(b)(1)(A).

**WHEREAS**, Video Update's overbreadth objection is based on its reading the Order as prohibiting Video Update from turning on its computers to use in the normal course of operating its business.

**WHEREAS**, Plaintiff Microsoft Corporation ("Microsoft") has stated in writing that it does not regard the use of computers and software by Video Update to carry out its normal course of business to be in violation of the Order, provided that such use does

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

not include any deleting, erasing, concealment, transfer and/or destruction of any existing Microsoft Software in any form.

**WHEREAS**, the parties desire to formalize their understanding as to the scope and the meaning to reflect that Video Update may use computers and software in its possession to conduct normal business operation.

**NOW, THEREFORE**, the parties, through their respective counsel, hereby stipulate that the Order entered May 24, 2000 be amended as follows:

(1) During the pendency of this litigation, Defendant Video Update, as well as any officers, agents, servants, employees, attorneys, and/or any persons in active concert or participation with them, shall not delete, conceal, transfer, destroy, erase, and/or permit the destruction of any Microsoft Software in any form from any computer system within Defendant's custody, possession or control.

(2) This Order shall not be construed as restricting Video Update from using computers and software to carry out its normal course of business, provided that such use does not include any deleting, erasing, concealment, transfer and/or destruction of any existing Microsoft Software in any form.

Dated: June 6, 2000

**FAEGRE & BENSON LLP**

Felicia J. Boyd, #186168
Julie Knox Chosy, #225228
Faegre & Benson LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 336-3000

**Attorneys for Plaintiff**
**Microsoft Corporation**

Dated: June 6, 2000

**RIDER, BENNETT, EGAN**
**& ARUNDEL, LLP**

William P. Wassweiler (#232348)
333 South Seventh Street
Suite 2000
Minneapolis, MN 55402
(612) 340-7973

**Attorneys for Defendant**
**Video Update, Inc.**

M2:20316856.01

Microsoft Corporation v. Video Update and
Sufian ABU - 00cv1245 (MJD/JGL)

**ORDER**

The foregoing Stipulation is hereby approved and **IT IS ORDERED THAT** the Order entered May 24, 2000 be amended as follows:

(1) During the pendency of this litigation, Defendant Video Update, as well as any officers, agents, servants, employees, attorneys, and/or any persons in active concert or participation with them, shall not delete, conceal, transfer, destroy, erase, and/or permit the destruction of any Microsoft Software in any form from any computer system within Defendant's custody, possession or control.

(2) This Order shall not be construed as restricting Video Update from using computers and software to carry out its normal course of business, provided that such use does not include any deleting, erasing, concealment, transfer and/or destruction of any existing Microsoft Software in any form.

Dated: June 13, 2000

BY THE COURT

[signature]

MICHAEL J. DAVIS
United States District Court Judge