UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-1245 (MJD/JGL)

MICROSOFT CORPORATION,

Plaintiff,

v.

VIDEO UPDATE, INC., et al.,

Defendants.

**AMENDED**
**NOTICE OF PRETRIAL AND SETTLEMENT CONFERENCE**

The pretrial and settlement conferences scheduled in the above-referenced matter for July 24, 2000, have been rescheduled to **Wednesday, August 23, 2000, at 9:00 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

All the instructions set forth in the previous notices still apply.

Dated: July 19, 2000

JONATHAN LEBEDOFF
United States Magistrate Judge

**Notice mailed to:**

Felicia Boyd, Esq.
Julie Chosy, Esq.
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901

William Wassweiler, Esq.
Caroline Ostrom, Esq.
2000 Metro Ctr.
333 South Seventh Street
Minneapolis, MN 55402

JUL 19 2000
Filed ____________
Francis E. Dosal, Clerk
Judgment Entd. ____________
Deputy Clerk ____________