UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Microsoft Corporation,

Plaintiff,

Video Update, Inc., Dan Howard and Sufian Abu

Defendants.

Case No. 00-1245 (~~MGD~~ MJD/JGL)

**ORDER**

The above-entitled matter came on before the undersigned Judge of United States District Court on August 3, 2000 at 8:30 a.m., on defendants' motion for jury trial. Based upon all the files, records, and proceedings herein, and the arguments of counsel,

**IT IS HEREBY ORDERED:**

(1) that defendants' motion for jury trial pursuant to Fed. R. Civ. P. 39(b) is granted.

Dated: Aug. 2, 2000

The Honorable Jonathan G. Lebedoff
Judge of United States District Court

AUG 02 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

502418-1