ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

00-1245 MJD/JGL

| | | |
|---|---|---|
| Microsoft Corporation, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Video Update, Inc., Dan Howard and Sufian Abu, an individual,<br><br>Defendants. | ) | Civil No. File No. ~~99-1434 PAM/JGL~~<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF VIDEO UPDATE, INC. DAN HOWARD AND SUFIAN ABU; [PROPOSED] ORDER THEREON** |

WHEREAS Plaintiff Microsoft Corporation ("Microsoft") and Video Update, Inc., a Delaware corporation; Dan Howard and Sufian Abu, an individual, (collectively, "Defendants") have settled the above-captioned matter;

WHEREAS this Court has entered a Stipulated Permanent Injunction ("Permanent Injunction") between Microsoft and the Defendant; and

**IT IS HEREBY STIPULATED** by and between Plaintiff, through its attorneys, and Defendants, through their attorneys, that Defendants Video Update, Inc., a Minnesota corporation; Dan Howard and Sufian Abu, an individual, shall be dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

**IT IS HEREBY FURTHER STIPULATED** that this Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court and the Settlement Agreement and Release between Microsoft and Defendants.

**EXHIBIT C**

FILED 9/19/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

**IT IS SO STIPULATED.**

Dated: September 15, 2000

For Plaintiff MICROSOFT CORPORATION, a Washington corporation

FAEGRE & BENSON LLP

Felicia J. Boyd, #186168
Julie Knox Chosy, #225228
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 336-3000

Dated: 9/15, 2000

For DEFENDANTS Video Update, Inc., a Minnesota corporation; Dan Howard and Sufian Abu, an individual,

RIDER, BENNETT, EGAN & ARUNDEL, LLP

By______________________

William P. Wassweiler (#232348)
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7973

M2:20333794.01

**ORDER**

Good Cause appearing therefore, **IT IS ORDERED THAT**:

VIDEO UPDATE, INC., a Delaware corporation; Dan Howard and Sufian Abu, are hereby dismissed with prejudice from Microsoft's Complaint pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction to enforce the Permanent Injunction entered by this Court, and the Settlement Agreement and Release between Microsoft and Defendant.

Dated: 9-19-00

Michael J. Davis

UNITED STATES DISTRICT JUDGE