ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>VIDEO UPDATE, INC., INC., a Delaware corporation, DAN HOWARD, an individual, and SUFIAN ABU, an individual,<br><br>Defendants. | Case No. 00-CV-1245 MJD/JGL<br><br>**PERMANENT INJUNCTION** |

IT IS HEREBY ORDERED, by agreement of the parties, that Defendant Video Update, Inc., Inc, a Delaware corporation (collectively "Defendants"), their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

(a) imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's copyrights, trademarks or service marks;

(b) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

(c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) and (b) above.

**IT IS SO ORDERED.**

DATED: 9-19-00

Honorable Michael J. Davis
UNITED STATES DISTRICT JUDGE

FILED 9/19/00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**EXHIBIT B**